| UNITED STATES DISTRICT COURT | |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | **JS-6** |

## CIVIL MINUTES – GENERAL

Case No.: 8:22-cv-01016-FWS-JDE                                                                 Date: January 5, 2024
Title: North American Capacity Insurance Company v. Entertainment, LLC *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER STAYING ACTION PENDING BANKRUPTCY PROCEEDINGS [83]**

The court has received Defendant Entertainment, LLC's ("Defendant") Notice of Bankruptcy Filing, which states that Defendant filed for Chapter 7 Bankruptcy on December 19, 2023.  (Dkt. 83.)  The court observes that there is no other defendant remaining in this action.  (*See generally* Dkt.)  Accordingly, all further proceedings in this action are **STAYED** under 11 U.S.C. § 362.  *See* 11 U.S.C. § 362(a)(1) (stating the filing of a bankruptcy petition under this section operates as a stay of "the commencement or continuation . . . of a judicial . . . action or proceeding against the debtor"); *In re Gruntz*, 202 F.3d 1074, 1082 (9th Cir. 2000) (en banc) ("[J]udicial proceedings in violation of the automatic stay are void.") (cleaned up); *Totten v. Kellogg Brown & Root, LLC*, 152 F. Supp. 3d 1243, 1268 (C.D. Cal. 2016) ("[T]he bankruptcy of one defendant does not normally stay the case as to non-debtor defendants absent unusual circumstances*.*"); *In re Chugach Forest Prod., Inc.*, 23 F.3d 241, 246 (9th Cir. 1994) ("As a general rule, '[t]he automatic stay of section 362(a) protects only the debtor, property of the debtor or property of the estate . . . section 362(a) does not stay actions against guarantors, sureties, corporate affiliates, or other non-debtor parties liable on the debts of the debtor.'") (quoting *Advanced Ribbons & Off. Prods. v. U.S. Interstate Distrib. (In re Advanced Ribbons & Off. Prods.)*, 125 B.R. 259, 263 (B.A.P. 9th Cir. 1991).

The court **ORDERS** the parties to file a joint status report every **90 (ninety) days** until this action is reinstated regarding the status of the ongoing proceedings in Case No. 8:23-bk-12682-SC, United States Bankruptcy Court for the Central District of California.  The first joint status report shall be filed with the court no later than **April 5, 2024.**

**IT IS SO ORDERED.**                                                                 Initials of Deputy Clerk:  mku