Philip A. Toomey (Bar No. 89598)
  ptoomey@leechtishman.com
Eric J. Wu (Bar No. 270228)
  ewu@leechtishman.com
LEECH TISHMAN FUSCALDO & LAMPL
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (424) 738-4400
Facsimile: (424) 738-5080

*Attorneys for Entertainment, LLC*

FENNEMORE
Timothy C. Earl, SBN 174967
  *email: tearl@fennemorelaw.com*
Sharon A. Huerta, SBN 186998
  *email: shuerta@fennemorelaw.com*
600 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 233-4100
Fax: (619) 231-4372

Attorneys for Plaintiff and Counterdefendant
NORTH AMERICAN CAPACITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire insurance company, <br><br> Plaintiff, <br><br> v. <br><br> ENTERTAINMENT, LLC dba ANGELS, CHRISTINA WEBB, Personal Representative of THE ESTATE OF DRAGOSLAV DJURICKOVIC; and DOES 1-50 inclusive, <br><br> Defendants. | Case No.: 8:22-cv-01016-FWS-JDE <br><br> [Orange County Superior Court Case No. 30-2022-01246518-CU-IC-CXC] <br><br> **STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FRCP RULE 41** |

1

**STIPULATION TO DISMISS ENTIRE ACTION
PURSUANT TO FRCP RULE 41**

**TO THE COURT AND ALL PARTIES**:

Defendant and Counterclaimant ENTERTAINMENT, LLC, ("Entertainment") and Plaintiff and Counterdefendant NORTH AMERICAN CAPACITY INSURANCE COMPANY ("NAC"), by and through their respective counsel of record, hereby stipulate and jointly request that this Court enter a dismissal of NAC's Complaint and Entertainment's Counterclaims in the above-entitled action in their entirety. Each party agrees to bear its own costs, litigation expenses, and attorneys' fees.

**IT IS SO STIPULATED**.

Respectfully Submitted,

Dated: April 23, 2024         LEECH TISHMAN FUSCALDO & LAMPL

By:  /s/ Eric J. Wu
     Philip A. Toomey
     Eric J. Wu
     Attorneys for Defendant
     ENTERTAINMENT, LLC

Dated: April 23, 2024         FENNEMORE
                              A Professional Law Corporation

By:  /s/ Sharon A. Huerta
     Timothy C. Earl
     Sharon A. Huerta
     Attorneys for Plaintiff
     NORTH AMERICAN CAPACITY
     INSURANCE COMPANY

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the undersigned attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 23, 2024         By:  /s/ Eric J. Wu
                                   Eric J. Wu

# CERTIFICATE OF SERVICE

I, the undersigned, an employee of LEECH TISHMAN FUSCALDO & LAMPL, with an office located at 1100 Glendon Avenue, 15th Floor, Los Angeles, CA 90024, declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding. True and correct copies of the foregoing **STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FRCP RULE 41** were served in the manner stated below:

## SEE ATTACHED SERVICE LIST

☒ BY MAIL: I caused such envelope to be deposited in the mail in El Segundo, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ CM/ECF SYSTEM: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will email a Notice of Electronic Filing notification to the email addresses denoted on the Electronic Mail notice list.

☒ BY ELECTRONIC MAIL: I transmitted the foregoing document(s) to the addressee(s) as listed below via Electronic Mail.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2024 in El Segundo, California.

/s/ Jessica E. Rodriguez
Jessica E. Rodriguez

# SERVICE LIST

*North American Capacity Insurance Company v. Entertainment, LLC, et al.*
*No. 8:22-cv-01016*

Attorneys for Plaintiff NORTH AMERICAN CAPACITY INSURANCE COMPANY
Timothy C. Earl, SBN 174967
Sharon A. Huerta, SBN 186998
SULLIVAN HILL REZ & ENGEL, APLC
600 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 233-4100
Fax: (619) 231-4372
*email: earl@sullivanhill.com*
*email: huerta@sullivanhill.com*

Entertainment, LLC
3020 Coronado Street
Anaheim, CA 92806

Christina Webb
christina.webb@aol.com