JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire insurance company,<br><br>Plaintiff,<br><br>v.<br><br>ENTERTAINMENT, LLC dba ANGELS, CHRISTINA WEBB, Personal Representative of THE ESTATE OF DRAGOSLAV DJURICKOVIC; and DOES 1-50 inclusive,<br><br>Defendants. | Case No.: 8:22-cv-01016-FWS-JDE<br><br>[Orange County Superior Court Case No. 30-2022-01246518-CU-IC-CXC]<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FRCP RULE 41** |

## ORDER

Having read the Stipulation to Dismiss of Entire Action Pursuant to FRCP Rule 41, IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved;
2. The entire action, including all claims and counterclaims stated therein by and against each respective party, is hereby dismissed; and
3. Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: April 23, 2024

_____
Hon. Fred W. Slaughter
United States District Judge